IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, a Texas reciprocal inter-insurance exchange, | § § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. SA-12-CA-0282-FB |
| v. | § § | |
| MITEK SYSTEMS, INC., a Delaware corporation, | § § § | **JURY TRIAL DEMANDED** |
| DEFENDANT. | § | |

## SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. To the extent they have not already done so, the parties shall serve initial disclosures on **November 26, 2012**.

2. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **Friday, February 22, 2013**.

3. Parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **Friday, February 22, 2013,** and each opposing party shall respond, in writing, by **Friday, March 8, 2013**.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **Tuesday, March 26, 2013**.

5. Expert Reports. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before

1

**Wednesday, July 24, 2013**.  The disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before **Friday, September 6, 2013**.  Reply expert reports from the party with the initial burden of proof are due on or before **Friday, October 5, 2013**.  All depositions of experts shall be completed **by Friday, November 4, 2013**.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **30 days of receipt** of the written report of the expert's proposed testimony, or within **30 days of receipt** of the expert's deposition transcript, if a deposition is taken, whichever is later.

7. The parties shall complete all fact discovery on or before **Monday, June 24, 2013**.  The agreements regarding discovery set forth in the parties' Joint Status Report and Motion for Entry of Scheduling Order may be enforced as an order of this Court.  Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

8. All dispositive motions shall be filed no later than **Thursday, November 21, 2013**.  Dispositive motions as defined in Local Rule CV-7(c) and responses and replies to dispositive motions shall be limited to **20** pages in length.

9. The trial date will be determined at a later date by the Court.  The parties shall consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.  At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

10. The parties have a dispute regarding whether USAA (as the party bringing a trade secret misappropriation cause of action) should, before commencing discovery, serve on Mitek's

counsel a reasonably particular identification of USAA's trade secret claims, in a manner such that each separate claim is identified with sufficient information to distinguish the information claimed as protectable from public domain information.  The parties seek to brief their respective positions on this question.  The parties agree that Mitek's opening brief on this question shall be due on November 21, 2012, that USAA's opposition brief shall be due on December 5, 2012, and that Mitek's reply brief shall be due on December 12, 2012.

Respectfully submitted,

Dated:  November 28, 2012

/s/ Leslie S. Hyman_____
Leslie Sara Hyman
Texas State Bar No. 00798274
lhyman@pulmanlaw.com
**PULMAN CAPPUCCIO PULLEN & BENSON, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

M. Craig Tyler

Texas State Bar No. 00794762
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone:     512-338-5400

*Pro Hac Vice:*

James C. Yoon, CA State Bar No. 177155
jyoon@wsgr.com
Ryan Smith, CA State Bar No. 229323
rsmith@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:     650-493-9300

R. Laurence Macon
Texas Bar No. 12787500
lmacon@akingump.com
Kirt S. O'Neill
Texas Bar No. 00788147
koneill@akingump.com
Karen K. Gulde
Texas Bar No. 08612150
kgulde@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD, LLP**
300 Convent Street, Suite 1600
San Antonio, Texas 78205
 (210) 281-7000

*Pro Hac Vice:*

David Francescani
Michael T. Zoppo
FISH & RICHARDSON, P.C.
601 Lexington Avenue
52nd Floor
New York, New York 10022
francescani@fr.com
zoppo@fr.com
(212) 765-5070

**ATTORNEYS FOR PLAINTIFF
UNITED SERVICES AUTOMOBILE
ASSOCIATION**

3

203238161v1

Charles Tait Graves, CA State Bar No. 197923
tgraves@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone:    415-947-2000

**ATTORNEYS FOR**
**DEFENDANT MITEK SYSTEMS, INC.**

4

203238161v1