UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>      **Plaintiff,**<br><br>v.<br><br>MITEK SYSTEMS, INC.,<br><br>      **Defendant.** | CIVIL ACTION NO.: 5:12-cv-00282-FB-JWP<br><br><br><br>ORAL ARGUMENT REQUESTED |

**MITEK SYSTEMS, INC.'S ADVISORY REGARDING PARTIAL RESOLUTION OF MITEK'S MOTION TO COMPEL COMPLETE RESPONSE TO INTERROGATORY NO. 2**

**ADVISORY REGARDING PARTIAL RESOLUTION**

Defendant and moving party Mitek Systems respectfully advises the Court that the parties have reached a resolution regarding part of, but not all of, Mitek's Motion to Compel Complete Response to Interrogatory No. 2 (Docket No. 73 (January 2, 2013)).

Part of Mitek's motion concerned five phrases in USAA's interrogatory response that Mitek described as "indicators of incompleteness." Following meet-and-confer discussions, USAA agreed to remove those five phrases from its response to Interrogatory No. 2. Thus, the parties have resolved this portion of the motion to compel, and the Court therefore need not review or rule upon the arguments set forth in certain parts of Mitek's opening brief (Docket No. 73 at 9-10 (the paragraph starting with "As set forth in detail above)) and its reply brief (Docket No. 82 at 3-4 (Section "C")).

The parties continue to disagree regarding the portion of Mitek's motion to compel that seeks a more detailed response with respect to seven USAA trade secret claims. Mitek respectfully continues to seek a ruling on that portion of its motion.

Dated: January 17, 2013

Respectfully submitted,

By: /s/ *Charles T. Graves*
    Charles T. Graves

Leslie Sara Hyman, TX State Bar No. 00798274
lhyman@pulmanlaw.com
Pulman Cappuccio Pullen & Benson
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
Telephone:	210-222-9494
Facsimile:	210-892-1610

M. Craig Tyler, TX State Bar No. 00794762
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546

-1-

-2-

Telephone: 512-338-5400
Facsimile: 512-338-5499

*Pro Hac Vice:*

James C. Yoon, CA State Bar No. 177155
jyoon@wsgr.com
Ryan Smith, CA State Bar No. 229323
rsmith@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650-493-9300
Facsimile: 650-493-6811

Charles Tait Graves, CA State Bar No. 197923
tgraves@wsgr.com
Corina I. Cacovean, CA State Bar No. 267573
ccacovean@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: 415-947-2000
Facsimile: 415-947-2099

**ATTORNEYS FOR DEFENDANT MITEK SYSTEMS, INC.**

-3-

**CERTIFICATE OF SERVICE**

I certify that on January 17, 2013, the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(1). As such, this document was served on the following counsel, who are deemed to have consented to electronic service.

**Akin, Gump, Strauss, Hauer & Feld, LLP**
R. Laurence Macon
Email: lmacon@akingump.com
Kirt S. O'Neill
koneill@akingump.com
Karen K. Gulde
kgulde@akingump.com

**Fish & Richardson, P.C.**
David Francescani
Email: Francescani@fr.com
Michael T. Zoppo
Email: Zoppo@fr.com

　　　　　　　　　　　　　　　　　　　　/s/ *Charles T. Graves*
　　　　　　　　　　　　　　　　　　　　Charles T. Graves