UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, a Texas reciprocal inter-insurance exchange, | § § § § | |
| PLAINTIFF, | § § | CIV. ACTION NO. SA12CA0282-HLH |
| v. | § § | |
| MITEK SYSTEMS, INC., a Delaware corporation, | § § § | **JURY TRIAL DEMANDED** |
| DEFENDANT. | § § | |

## STIPULATED MOTION TO DISMISS

United Services Automobile Association ("USAA") and Mitek Systems, Inc. ("Mitek"), by and through their respective counsel of record, hereby stipulate and move as follows:

**WHEREAS** the parties have been involved in the above-captioned litigation since March 29, 2012, which has been consolidated with transferred Civil Action No. 12-462-GMS (D.Del.) ("the Litigation"); and

**WHEREAS** the parties have met and conferred in good faith concerning the claims remaining for trial.

**IT IS THEREFORE STIPULATED AND AGREED BY COUNSEL FOR THE PARTIES THAT:**

1. USAA agrees and moves to dismiss all of its remaining claims and counterclaims against Mitek in the Litigation as follows: USAA agrees and hereby moves to dismiss with prejudice its claims and counterclaims of misappropriation of trade secrets, breach

of contract, reimbursement, fraud and fraudulent inducement, correction of inventorship, and invalidity of Mitek's patents asserted in this Litigation. USAA agrees and hereby moves to dismiss without prejudice its counterclaim of inequitable conduct concerning Mitek's patents asserted in this Litigation.

2. Mitek agrees and moves to dismiss with prejudice all of its remaining claims and counterclaims against USAA in the Litigation.

DATED: September 16, 2014

Respectfully Submitted,

**AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**
300 Convent Street, Suite 1600
San Antonio, Texas 78205
Tel. 210.281.7000
Fax 210.224.2035

*/s/ R. Laurence Macon*

**R. LAURENCE MACON**
Texas Bar No. 12787500
lmacon@akingump.com
**KIRT S. O'NEILL**
Texas Bar No. 00788147
koneill@akingump.com
**JANIE A. SHANNON**
Texas Bar No. 00797416
jshannon@akingump.com

**DAVID FRANCESCANI**
New York Bar No. 1189497
Francescani@fr.com
**MICHAEL T. ZOPPO**
New York Bar No. 4292678
Zoppo@fr.com
**FISH & RICHARDSON, P.C.**
601 Lexington Avenue, 52nd Floor
New York, New York 10022
Tel. 212.765.5070
Fax 212.258.2291

**WILLIAM T. "TOMMY" JACKS**
Texas Bar No. 10452000
jacks@fr.com
**FISH & RICHARDSON P.C.**
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701
Tel. 512.472.5070
Fax 512.320.8935

**ATTORNEYS FOR PLAINTIFF, UNITED SERVICES AUTOMOBILE ASSOCIATION**

and

/s/ William H. Forman *(with permission)*
**LESLIE SARA HYMAN**
TX State Bar No. 00798274
lhyman@pulmanlaw.com
**PULMAN CAPPUCCIO PULLEN BENSON & JONES**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: 210-222-9494
Facsimile: 210-892-1610


**M. CRAIG TYLER**
TX State Bar No. 00794762
ctyler@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: 512-338-5400
Facsimile: 512-338-5499

Pro Hac Vice:

**JAMES C. YOON**
CA State Bar No. 177155
jyoon@wsgr.com
**RYAN SMITH**
CA State Bar No. 229323
rsmith@wsgr.com

**CHRISTOPHER MAYS**
CA State Bar No. 266510
cmays@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650-493-9300
Facsimile: 650-493-6811

**CHARLES TAIT GRAVES**
CA State Bar No. 197923
tgraves@wsgr.com
**CORINA I. CACOVEAN**
CA State Bar No. 267573
ccacovean@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: 415-947-2000
Facsimile: 415-947-2099

**DAVID C. SCHEPER**
CA State Bar No. 120174
dscheper@scheperkim.com
**WILLIAM H. FORMAN**
CA State Bar No. 150477
wforman@scheperkim.com
**ANNAH S. KIM**
CA State Bar No. 190609
akim@scheperkim.com
**SCHEPER KIM & HARRIS LLP**
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: 213-613-4655
Facsimile: 213-613-4656

**ATTORNEYS FOR MITEK SYSTEMS, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(1). As such, this Motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to FED. R. CIV. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel or record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 16th day of September, 2014.

_____
R. LAURENCE MACON